```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 22162
   DARIO LOPEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5771


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/22/2008 and was not confirmed.

    The case was dismissed without confirmation 09/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
JP MORGAN MORTGAGE ACQUI MORTGAGE NOTI NOT FILED              .00           .00
JPMORGAN CHASE BANK      CURRENT MORTG         .00            .00           .00
JPMORGAN CHASE BANK      SECURED NOT I    26504.84            .00           .00
ROUNDUP FUNDING LLC      UNSECURED          609.48            .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------       --------------
TOTALS                      .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 12/22/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```